**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAZEN FARES

    Plaintiff,

v.                                        CASE NO.:   8:19-cv-00411-EAK-AAS

PORTFOLIO RECOVERY ASSOCIATES, LLC

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** MAZEN FARES, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, MAZEN FARES, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 10th day of July, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

            Respectfully submitted,

            */s/Heather H. Jones*
            Heather H. Jones, Esq.
            Florida Bar No. 0118974
            William "Billy" Peerce Howard, Esq.
            Florida Bar No. 0103330
            THE CONSUMER PROTECTION FIRM, PLLC
            4030 Henderson Blvd.
            Tampa, FL   33629
            Telephone: (813) 500-1500, ext. 205
            Facsimile: (813) 435-2369
            Heather@TheConsumerProtectionFirm.com
            Billy@TheConsumerProtectionFirm.com
            *Attorney for Plaintiff*