UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAZEN FARES,

    Plaintiff,

v.                                CASE NO.: 8:19-cv-00411-EAK-AAS

PORTFOLIO RECOVERY ASSOCIATES,
LLC

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    **COMES NOW** the Plaintiff, MAZEN FARES, and the Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

*/s/ John S. Gibbs, III*
John S. Gibbs III
Florida Bar No.: 91102
TROUTMAN SANDERS LLP
600 Peachtree Street
Atlanta, Georgia 30308
Telephone: (404) 885-3093
Facsimile: (404) 885-3900
Email: evan.gibbs@troutman.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I certify that on July 30, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                    */s/ Heather H. Jones*
                    Heather H. Jones, Esq.
                    Florida Bar No. 0118974
                    William "Billy" Peerce Howard, Esq.
                    Florida Bar No. 0103330
                    THE CONSUMER PROTECTION FIRM, PLLC
                    4030 Henderson Blvd.
                    Tampa, FL 33629
                    Telephone: (813) 500-1500, ext. 205
                    Facsimile: (813) 435-2369
                    Heather@TheConsumerProtectionFirm.com
                    Billy@TheConsumerProtectionFirm.com
                    *Attorney for Plaintiff*